Case 1:19-cv-22573-MGC Document 1 Entered on FLSD Docket 06/21/2019 Page 1 of 5 D.C.

Jun 21, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of __Florida__

__Fort Lauderdale__ Division

Case No. **19-22573-CV-COOKE/GOODMAN**
(to be filled in by the Clerk's Office)

__Harry O__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__Miami-Dade County, Carlos A. Gimenez__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Harry O
   Street Address: 3431 NW 3rd Street
   City and County: Lauderhill, Florida (Broward)
   State and Zip Code: Florida 33311
   Telephone Number: 954 629-8881
   E-mail Address: harryo33311@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Carlos A. Gimenez
- Job or Title (if known): Mayor of Miami-Dade County
- Street Address: 111 NW 1st Street
- City and County: Miami, (Dade County)
- State and Zip Code: Florida 33128
- Telephone Number: (305) 375-5071
- E-mail Address (if known): mayor@miamidade.gov

Defendant No. 2
- Name: Alice N. Bravo
- Job or Title (if known): Director of (DTPW)
- Street Address: 701 NW 1st court, suite 1700
- City and County: Miami, Dade county
- State and Zip Code: Florida 33136
- Telephone Number: 786-469-5675
- E-mail Address (if known): alice.bravo@miamidade.gov

Defendant No. 3
- Name: Wade Jones
- Job or Title (if known): Chief of Northeast Bus operations
- Street Address: 360 N.E. 185th Street
- City and County: Miami, (Dade County)
- State and Zip Code: Florida 33177
- Telephone Number: (305) 652-8797
- E-mail Address (if known): wade.jones@miamidade.gov

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

___

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*I was retaliated against by Chief Jones after I filed a complaint downtown. The director Alice Bravo did not protect my complaint. I filed against drivers the radio room released them to co-workers to cause hostile environment + threats. The Mayor was emailed several times of the problems, even operators filming a video with buses. The Mayor did not ensure a safe and secure NE garage for employees. 6/28/18 chief Jones had me removed from duty. From 3/1/18 to 6/26/18 I reported continuous to all management for help especially after I saw a guard with a gun on my bus at 9am on 4/10/18 a day before 4/9/18 the front gate was left unattended no armed guards.*

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I want $1 million dollars in punitive damages for slandering me by posting my picture against the County. I also want to be restored my seniority among Bus operators. I want to be reimbursed every penny lost since 6/28/18, at the rate of hrs I worked the previous 4 months prior.*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/21/2019

Signature of Plaintiff: Harry O

Printed Name of Plaintiff: Harry O

### B. For Attorneys

Date of signing: 06/21/2019

Signature of Attorney: Harry O
Printed Name of Attorney: Harry O
Bar Number:
Name of Law Firm:
Street Address: 3431 NW 3rd Street
State and Zip Code: Lauderhill, Florida 33311
Telephone Number: 954 629-8881
E-mail Address: harryo3331@gmail.com